IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:15-CR-348-H

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.    ) | **ORDER** |
| ) | |
| JAMES BRANCH ) | |

This matter is before the court on defendant's motion to suppress [DE #23]. Magistrate Judge Kimberly A. Swank filed a Memorandum and Recommendation ("M&R") on June 1, 2016, recommending that defendant's motion to suppress be denied. Defendant filed no objections to the M&R, and the time for doing so has expired. This matter is ripe for adjudication.

A full and careful review of the M&R and other documents of record convinces the court that the recommendation of the magistrate judge is, in all respects, in accordance with the law and should be approved. Accordingly, the court adopts the recommendation of the magistrate judge as its own. For the reasons stated therein, defendant's motion to suppress [DE #23] is denied.

This 7th day of July 2016.

MALCOLM J. HOWARD
Senior United States District Judge

At Greenville, NC
#26